UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: 5:24-00492 AH (ADS)   Date: February 14, 2025

Title: *Ahmad Lewis v. Martin O'Malley*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING STIPULATION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (DKT. NO. 21)**

Before the Court is the Stipulation for Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act (the "Stipulation"). (Dkt. No. 21.) The Stipulation is not supported by sufficient and appropriately authenticated evidence to justify the fee award requested. See 28 U.S.C. § 2412(d)(1)(B) (requiring an "itemized statement" to show "actual time expended"); Carvajal v. U.S., 521 F.3d 1242, 1249 (9th Cir. 2008) (party seeking EAJA fees must show requested attorney fees are reasonable). Accordingly, the Stipulation is **DENIED without prejudice.**

**IT IS SO ORDERED.**

Initials of Clerk kh