UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:24-02564 WLH (ADS)                        Date: May 7, 2025

Title: *Robert Childress, Jr. v. United States Attorney General et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):           Attorney(s) Present for Respondent(s):
None Present                                                              None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL**

Before the Court is a Petition for Writ of Habeas Corpus by a Person in Federal Custody filed by Petitioner Robert Childress, Jr. (Dkt. No. 1.) On December 11, 2024, the Court issued an Order Regarding Screening of Petition ("OSP") because the Petition fails to state a cognizable claim for habeas relief. (Dkt. No. 3.) The Court provided Petitioner with options for how to proceed and ordered a written response by January 6, 2025. (Id.) On December 30, 2025, Petitioner requested an extension of time. (Dkt. No. 6.) The Court granted Petitioner's request and extended OSP response deadline to January 27, 2025. (Dkt. No. 7.) The deadline has passed, and Petitioner has not filed a response to the OSP or otherwise communicated with the Court.

**By no later than May 14, 2025**, Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders. Petitioner may respond to this Order by selecting one of the options set forth in the December 11, 2024 Order. (Dkt. No. 3.)

**This is the second notice to Petitioner. Failure to timely file a response will result in a recommendation that this action be dismissed.**

If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:24-02564 WLH (ADS)　　　　　　　　　　Date: May 7, 2025

Title: *Robert Childress, Jr. v. United States Attorney General et al.*

Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Clerk kh